## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHARLOTTE  BELLAS, | : | No. 3:17cv342 |
| **Plaintiff** | : | |
| | : | (Judge Munley) |
| **v.** | : | |
| | : | |
| LACKAWANNA COUNTY, | : | |
| LACKAWANNA COUNTY | : | |
| SHERIFF'S DEPARTMENT, | : | |
| SHERIFF MARK McANDREW, | : | |
| DEPUTY SHERIFF DAN EVANCHO, | : | |
| DEPUTY SHERIFFCOREY GILROY, | : | |
| DEPUTY SHERIFF | : | |
| JOHN/JANE DOE(S) and | : | |
| RICHARD BELKO, JR., | : | |
| **Defendants** | : | |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## ORDER

**AND NOW**, to wit, this 2nd day of February 2018, the motion to dismiss filed by Defendants Lackawanna County, Lackawanna County Sheriff's Department and Sheriff Mark McAndrew (Doc. 17) is hereby **GRANTED** in part and **DENIED** in part.  The motion is granted with regard to Defendant Lackawanna County Sheriff's Department and that party is dismissed from the case.  The motion is denied in all other respects.

**BY THE COURT:**

**s/ James M. Munley**
**JUDGE JAMES M. MUNLEY**
**United States District Court**